# Exhibit B

## Complaint and Incorporated Exhibit

Patriot Medical Laboratories, LLC v. Alice Operator, LLC
Case No. 24-C-23-003555

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| PATRIOT MEDICAL LABORATORIES,<br>LLC d/b/a CIAN DIAGNOSTICS<br>5330 Spectrum Drive, Suite 1<br>Frederick, Maryland 21701<br><br>    Plaintiff<br><br>vs.<br><br>ALICE OPERATOR, LLC d/b/a Autumn<br>Lake Healthcare at Alice Manor<br>2095 Rockrose Avenue<br>Baltimore, Maryland 21211<br><br>**SERVE Resident Agent:**<br>CSC-Lawyers Incorporating Service<br>Company<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202<br><br>    Defendant | Case No. 24-C-23-003555 |

## COMPLAINT

COMES NOW, Plaintiff, PATRIOT MEDICAL LABORATORIES, LLC D/B/A CIAN DIAGNOSTICS, by and through counsel, Ronald S. Canter, Esquire, Bradley T. Canter, Esquire and The Law Offices of Ronald S. Canter, LLC, and files suit against Defendant, Alice Operator, LLC d/b/a Autumn Lake Healthcare at Alice Manor, and respectfully represents unto this Court:

### PARTIES

1. Plaintiff, Patriot Medical Laboratories, LLC d/b/a CIAN Diagnostics ("CIAN") is a Maryland limited liability company with its principal place of business in Frederick, Maryland.

2. Defendant, Alice Operator, LLC d/b/a Autumn Lake Healthcare at Alice Manor ("Alice Manor") is a Maryland limited liability company with its principal place of business in

1

the State of Maryland. Defendant operates a nursing and rehabilitation center in Baltimore City, Maryland.

## VENUE AND JURISDICTION

3. This Court has jurisdiction pursuant to Md. Code, Cts. & Jud. Proc., § 6-103 because Defendant transacts business in the State of Maryland.

4. Venue in Baltimore City is appropriate because Defendant regularly conducts its business in Baltimore City.

## COUNT I – BREACH OF CONTRACT

5. Plaintiff operates a medical laboratory that processes COVID-19 tests and reports results of those tests after completing the laboratory analysis.

6. Defendant owns and operates Autumn Lake Healthcare at Alice Manor, located at 2095 Rockrose Avenue, Baltimore, Maryland 21211.

7. On June 29, 2020, Plaintiff and Defendant executed a confidential Laboratory Services Agreement (the "Agreement").

8. During the time of the COVID-19 pandemic when testing was not readily available, and continuing through at least January 2022, Defendant requested, pursuant to the Agreement, that Plaintiff perform COVID-19 testing for Defendant's staff members and residents and report the test results to Defendant.

9. Plaintiff performed the testing and reported the results to the Defendant.

10. Pursuant to the Agreement, Defendant attempted to bill through the residents and employees insurance plans, but if the claims were rejected by insurance, Plaintiff charged a flat fee of $60.00 to Defendant per test result.

11.     For unreimbursed testing services through at least January 2022, a past due balance is owed by Defendant to Plaintiff in the total amount of $141,180.00, representing a total of 2,353 tests. *See attached*, [Exhibit 1].

12.     Plaintiff made demand upon Defendant to pay the balance due on the invoices attached as [Exhibit 1], and Defendant has failed to pay the same.

13.     As a result of the non-payment of the invoices, Defendant has breached the parties Agreement, causing damages to Plaintiff in the amount of the unpaid invoices.

WHEREFORE, your Plaintiff requests that this Honorable Court enter a judgment against Defendant in the sum of $141,180.00, plus pre-judgment interest at the legal rate of 6% from April 10, 2023 until judgment, and thereafter at the post-judgment legal rate, plus court costs.

THE LAW OFFICES OF RONALD S. CANTER, LLC

*/s/ Bradley T. Canter*
Bradley T. Canter, Esquire (#1312170129)
Ronald S. Canter, Esquire (#7911010055)
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail: bcanter@roncanterllc.com
E-Mail: rcanter@roncanterllc.com
*Attorneys for Plaintiff*

3

**CIAN Diagnostics**
5330 Spectrum Drive, Suite I
Frederick, MD 21703
240-396-4343

INVOICE



| | |
|---|---|
| Invoice #: | 545 FINAL |
| Invoice Date: | 04/10/2023 |
| Amount Due: | $2,172,480.00 |

**Bill To:**

AutumnLake
4201 Route 9
Howell, NJ 07731
United States

| Due Date | Terms |
|---|---|
| PAST DUE | |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Alice Manor | 1,966 | $60.00 | $117,960.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar 2021) - Autumn Lake-Alice Manor | 171 | $60.00 | $10,260.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Arlington | 2,163 | $60.00 | $129,780.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Arlington | 1,164 | $60.00 | $69,840.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Berkley Heights | 2,134 | $60.00 | $128,040.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Berkley Heights | 342 | $60.00 | $20,520.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Bridgepark | 1,919 | $60.00 | $115,140.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 - Autumn Lake-Bridgepark | 1,094 | $60.00 | $65,640.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Cherry Hill | 280 | $60.00 | $16,800.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Cherry Hill | 34 | $60.00 | $2,040.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Oakview | 2,234 | $60.00 | $134,040.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021(Jan-Feb2021) - Autumn Lake-Oakview | 1,153 | $60.00 | $69,180.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Oceanview | 105 | $60.00 | $6,300.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Pikesville | 2,085 | $60.00 | $125,100.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Pikesville | 598 | $60.00 | $35,880.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Post Acute | 6,981 | $60.00 | $418,860.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Post Acute | 3,535 | $60.00 | $212,100.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Riverview | 5,203 | $60.00 | $312,180.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Riverview | 3,324 | $60.00 | $199,440.00 |
| COVID-19 Tests | Corrected Medicare/Medicaid PMTS | 56 | $60.00 | $3,360.00 |
| Credit | Paid Claim Credits (Jan-Mar 2021) I | -333 | $60.00 | $-19,980.00 |

Invoice revised - Autumn lake facilities
This invoice replaces the original invoice # 429, in which the No. of tests are now updated.

| | |
|---|---:|
| Subtotal: | $2,172,480.00 |
| Sales Tax: | $0.00 |
| Total: | $2,172,480.00 |
| Payments: | $0.00 |
| **Amount Due:** | **$2,172,480.00** |

**CIAN Diagnostics**
5330 Spectrum Drive, Suite I
Frederick, MD 21703
240-396-4343



INVOICE



| | |
|---|---|
| **Invoice #:** | 731 |
| **Invoice Date:** | 01/24/23 |
| **Amount Due:** | $1,980.00 |

**Bill To:**

Autumn Lake Alice Manor
2095 Rockrose Avenue
Baltimore, MD 21211
United States

| Due Date | Terms |
|---|---|
| 02/08/23 | Net 15 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| COVID-19 Tests | COVID-19 Testing services for 2022  Dates: 02/01/2022 - Current | 33 | $60.00 | $1,980.00 |

COVID-19 Testing services for 2022
Autumn Lake Alice Manor Health care, Duration dates: 02/01/2022 - Current

| | |
|---|---|
| Subtotal: | $1,980.00 |
| Sales Tax: | $0.00 |
| Total: | $1,980.00 |
| Payments: | $0.00 |
| **Amount Due:** | **$1,980.00** |

FEIN : 46-3717362

To pay online, go to https://app01.us.bill.com/p/ciandiagnostics

**CIAN Diagnostics**
5330 Spectrum Drive, Suite I
Frederick, MD 21703
240-396-4343





| | |
|---|---|
| Invoice #: | 732 |
| Invoice Date: | 01/24/23 |
| Amount Due: | $10,980.00 |

**Bill To:**
Autumn Lake Alice Manor
2095 Rockrose Avenue
Baltimore, MD 21211
United States

| Due Date | Terms |
|---|---|
| 02/08/23 | Net 15 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| COVID-19 Tests | COVID-19 Testing services for 2022 Dates: 08/01/2021 - 01/31/2022 | 183 | $60.00 | $10,980.00 |

COVID-19 Testing services for 2022
Autumn Lake Alice Manor Health, Duration dates: 08/01/2021 - 01/31/2022

| | |
|---|---|
| Subtotal: | $10,980.00 |
| Sales Tax: | $0.00 |
| Total: | $10,980.00 |
| Payments: | $0.00 |
| Amount Due: | $10,980.00 |

FEIN : 46-3717362

To pay online, go to https://app01.us.bill.com/p/ciandiagnostics